**Order entered February 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00200-CV

### IN RE NATALIE ANNE HUNTING, Relator

### Original Proceeding from the 303rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-13-12245

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus. Although we have reviewed relator's petition and supporting appendix in determining this petition for writ of mandamus, because the petition and supporting appendix include unredacted information that identifies the relator's minor children, we **STRIKE** relator's petition and supporting appendix. TEX. R. APP. P. 9.9(b). We **ORDER** relator to bear the costs of this original proceeding.

/s/     DAVID EVANS
        JUSTICE